Michael R. Pruitt, SBN 011792
Email: mpruitt@jacksonwhitelaw.com
Nathanial J. Hill, SBN 028151
Email: nhill@jacksonwhitelaw.com
**JACKSON WHITE PC**
40 North Center Street, Suite 200
Mesa, Arizona 85201
Telephone No.: (480) 464-1111
Facsimile No.: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
*Attorneys for Plaintiff*

Megan E. Ritenour. SBN 034677
**Freeman Mathis & Gary, LLP**
4343 North Scottsdale Road, Suite 150
Scottsdale, Arizona 85251
Telephone No.: (602) 805-9564
Email: Megan.Ritenour@fmglaw.com

Brittany Reed, SBN 033253
**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 2600
Phoenix, Arizona 85004-2553
Telephone No.: (602) 257-7422
Facsimile No.: (602) 340-1538
Email: reed@gustlaw.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivol Stever, filing individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiff,<br><br>v.<br><br>Classy Closets, Etc., Inc., an Arizona Corporation;<br><br>　　　　Defendant. | Case No.: CV-22-01337-PHX-SPL<br><br>**JOINT REPORT ON SETTLEMENT** |

Pursuant to the Order of the Court dated April 11, 2023, filed April 11, 2023 [Doc. 29], counsel was directed to file a joint report on settlement no later than May 10, 2023. The parties hereby inform the Court that a settlement has been reached between Plaintiff and Defendant in the above-entitled action and they are finalizing the settlement terms. The parties anticipate filing a Stipulation to Dismiss With Prejudice within thirty days of this Joint Report on Settlement.

**DATED** this 10th day of May, 2023.

**JACKSON WHITE**

s/ Michael R. Pruitt
By: Michael R. Pruitt, SBN 011792
    Nathaniel Hill, SBN 028151
40 North Center Street, Suite 200
Mesa, Arizona 85201
*Attorneys for Plaintiffs*

**FREEMAN MATHIS & GARY, LLP**

s/ Megan E. Ritenour (with permission)
Megan E. Ritenour, SBN 034677
4343 North Scottsdale Road, Suite 150
Scottsdale, Arizona 85251
*Attorneys for Defendant*

**GUST ROSENFELD P.L.C.**

s/ Brittany Reed (with permission)
Brittany Reed, SBN 033253
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
*Attorneys for Defendant*

/ / /

## Certificate of Service

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants this 10th day of May, 2023.

Megan E. Ritenour. SBN 034677
Freeman Mathis & Gary, LLP
4343 North Scottsdale Road, Suite 150
Scottsdale, Arizona  85251
Email:      Megan.Ritenour@fmglaw.com

Brittany Reed, SBN 033253
GUST ROSENFELD P.L.C.
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
Email:      reed@gustlaw.com
*Attorneys for Defendant*

s/ Debra Carpenter